IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00470-PSF-CBS

LANICIA CAIN,

    Plaintiff,

v.

T-MOBILE USA, INC.,

    Defendant.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Amend Complaint (*doc. no. 20*) is **GRANTED**.  As of the date of this order, the clerk's office is instructed to accept for filing, the Amended Complaint and Jury Demand (*doc no. 20-3*) tendered to the court on August 10, 2006.

**DATED:**     August 14, 2006