IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00470-PSF-CBS

LANICIA CAIN,

      Plaintiff,

v.

T-MOBILE USA, INC.,

      Defendant.

_____

**ORDER**
_____

      Defendant's Unopposed Motion for Leave to File First Amended Answer (Dkt. # 24) is GRANTED. It is therefore

      ORDERED that the First Amended Answer filed as Exhibit A is RECEIVED by the Court. It is

      FURTHER ORDERED that further motions in this matter which are unaccompanied by a proposed order filed in chambers, in proper format, will be denied without prejudice. The parties are DIRECTED to D.C.COLO.LCivR 5.6(A) regarding compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

      DATED: August 16, 2006.

                                       BY THE COURT:

                                       *s/ Phillip S. Figa*
                                       Phillip S. Figa
                                       United States District Judge