IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00470-PSF-CBS

LANICIA CAIN,

    Plaintiff,

v.

T-MOBILE USA, INC.,

    Defendant.

## ORDER OF DISMISSAL

This matter comes before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 37).  The Court, having read the Stipulation and being fully advised in the premises, hereby ORDERS as follows:

1. The Stipulation for Dismissal with Prejudice is hereby GRANTED.

2. This action is DISMISSED WITH PREJUDICE in its entirety, each party to bear his or its own attorney fees and costs.

DATED:  March 5, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge